In the Matter of the Application of Mildred Cort, for an Order Compelling Fannie Katz to Apply the Award Received for Damage Parcels 116 and 117-A on the Damage Map in a Proceeding Brought by the City of New York to Acquire Title to Conduit Avenue North in the Borough of Brooklyn, The City of New York, on Account of a Mortgage Held by Her Which Is a Lien against the Lands Which Comprise Said Damage Parcels. Mildred Cort, Appellant; Fannie

KATZ, Respondent.— Order requiring mortgagee to execute and acknowledge a certificate showing the amount due on her mortgage as a consequence of the payment of an award in condemnation proceeding affecting a portion of the property incumbered, and granting other relief, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.